**Nicholas NADING, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 46578.**

Court of Criminal Appeals of Texas.

March 7, 1973.

Joseph (Sib) Abraham, Jr. and Anthony C. Aguilar, El Paso, for appellants.

Steve W. Simmons, Dist. Atty., Gary B. Weiser, Asst. Dist. Atty., El Paso, Jim D. Vollers, State's Atty., and Robert A. Huttash, Asst. State's Atty., Austin, for the State.

Ted L. Potter, Belton, C. Gordon Metcalf, Temple, for appellant.

Stanley Kacir, Joe Carroll, Dist. Attys., R. C. Joe Mikeska, Jr., Asst. Dist. Atty., Belton, Jim D. Vollers, State's Atty. and Robert A. Huttash, Asst. State's Atty., Austin, for the State.

## OPINION

ODOM, Judge.

This appeal is from a conviction for the offense of robbery by firearms with the punishment being assessed at seven years.

On May 3, 1972, the appellant waived his right to a trial by jury and entered a plea of guilty to the offense before the court.

On appeal his sole contention is that "The trial court abused its discretion in denying the appellant's application for probation."

Such contention is overruled. It rests within the sound discretion of the trial court as to whether probation should be granted and such decision is not appealable. E. g. Trautschold v. State, Tex.Cr. App., 466 S.W.2d 586.

No motion for rehearing will be filed by the Clerk except by leave of this Court upon a showing of good cause.

The judgment is affirmed.